# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MEJIA,<br><br>    Petitioner,<br><br>v.<br><br>MIKE BABCOCK,<br><br>    Respondent. | No. CV 12-7201-MWF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 30, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge